41 A.3d 1278

**Barbara L. AUBREY, Individually and as Executor of the Estate of James R. Aubrey, Deceased and Jennifer Aubrey**

v.

**PRECISION AIRMOTIVE LLC, Precision Airmotive Corporation and Mark IV Industries, Inc., Lycoming a/k/a Textron Lycoming Reciprocating Engine Division, a Division of Avco Corporation.**

**Petition of Precision Airmotive Corporation and Precision Airmotive, LLC ("Precision").**

Supreme Court of Pennsylvania.

April 3, 2012.

## *ORDER*

PER CURIAM.

AND NOW, this 3rd day of April, 2012, the Petition for Leave to File a Petition for Allowance of Appeal Nunc Pro Tunc and the Application for Leave to File Reply in Support of Petition for Leave to File a Petition for Allowance of Appeal Nunc Pro Tunc are DENIED.